# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPETITIVE ENTERPRISE INSTITUTE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF JUSTICE ) <br> ) <br> Defendant. ) <br> ) | Civil Action <br> No. 17-2076 (JEB) <br><br> **AFFIDAVIT FOR** <br> **ENTRY OF DEFAULT** |

I, SAM KAZMAN, hereby declare under penalty of perjury, pursuant to 28 U.S. Code § 1746(2), that the following statements are true and correct to the best of my knowledge:

1. I am an attorney for the Competitive Enterprise Institute and in that capacity represent the plaintiff in this matter.

2. I hereby make application to the Clerk of this Court for entry of default as to defendant UNITED STATES DEPARTMENT OF JUSTICE, pursuant to Rule 55(a), Federal Rules of Civil Procedure (FRCP), and in support of this application state as follows:

   A. The defendant was served via certified mail on October 10, 2017 with copies of Plaintiff's Summons and Complaint as provided by FRCP 4(i);

   B. The defendant, as an agency of the Federal Government, is neither an infant nor an incompetent person requiring special service in accordance

with FRCP Rule 4(g) and is not serving with the armed forces of the United States entitled to the protection of 50 U.S.C. App. Section 520;

C. The defendant has neither answered nor otherwise responded to the Plaintiff's Summons and Complaint, and the time to do so, as provided in 5 U.S.C. 552(a)(4)(C), has expired;

D. Copies of this Affidavit and the attached motion seeking entry of a default judgment, which are being filed herewith, have today been served upon the defendant by certified mail, postage prepaid.

Dated: Nov. 22, 2017.

/s/ Sam Kazman_____
Sam Kazman
D.C. Bar No. 946376
sam.kazman@cei.org
Competitive Enterprise Institute
1310 L Street, NW, 7$^h$ Floor
Washington, D.C. 20005
(202) 331-1010